No. 127. Washington Dredging & Improvement Company, Plaintiff in Error, v. The State of Washington, E. V. Bussell et al. In error to the Supreme Court of the State of Washington. Argued December 11, 12, 1913. Decided December 15, 1913. *Per Curiam.*

Dismissed for want of jurisdiction. 1. *Eustis* v. *Bolles,* 150 U. S. 361; *Preston* v. *Chicago,* 226 U. S. 447, 450; *Wood* v. *Chesborough,* 228 U. S. 672, 677. 2. *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102; *Standard Oil Company of Indiana* v. *Missouri,* 224 U. S. 271, 287. *Mr. W. F. Hays* and *Mr. Chas. E. Shepard* for the plaintiff in error. *Mr. Alfred Battle, Mr. George B. Cole, Mr. Richard A. Ballinger, Mr. George E. de Steiguer, Mr. Jas. A. Kerr, Mr. W. V. Tanner, Mr. Douglas C. Conover, Mr. Wm. M. Watson, Mr. Chas. W. Bunn, Mr. Ira Bronson, Mr. Jas. B. Murphy, Mr. Wm. B. Stratton* and *Mr. John C. Higgins* for the defendants in error.